FILED
2006 Aug-10 AM 10:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| GREGORY LAMAR WHISNANT, | ) |
| Plaintiff, | ) |
| vs. | ) 6:04-cv-03363-RRA |
| JACKSON COUNTY SHERIFF'S DEPARTMENT, *et al.*, | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 5, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which

---

[1] The copy of the magistrate judge's report and recommendation mailed to the plaintiff was returned by the Postal Service as undeliverable. The plaintiff has failed to notify the Clerk of any updated address.

relief can be granted and for seeking monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). A Final Judgment will be entered.

DATED this 10th day of August, 2006.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE